UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
LUCERNE TEXTILES, INC.,                      :
                                             :
            Plaintiff,                       :      12 CV 5456 (KMW) (AJP)
                                             :
      - against -                            :      OPINION AND ORDER
                                             :
H.C.T. TEXTILES CO., LTD. d/b/a H.C.T.       :
TEXTILES NEW YORK                            :
                                             :
            Defendant.                       :
------------------------------------------------------X
KIMBA M. WOOD, U.S.D.J.:

      On December 10, 2012, the Court entered a default judgment enjoining Defendant from infringing Plaintiff's copyright. [Dkt. No. 11]. The Court thereafter referred this matter to the Honorable Andrew J. Peck, Magistrate Judge, for an inquest as to the amount of damages. On January 18, 2013, Magistrate Judge Peck issued his Report and Recommendation (the "R&R") recommending an award of $37,640.80—$30,000.00 in statutory damages and $7,640.80 in attorney's fees. [Dkt. No. 17].

      Objections to the R&R were due February 4. No objections have been filed. Absent any objections, the Court reviews the R&R for clear error on the face of the record. *See Adee Motor Cars, LLC v. Amato*, 388 F. Supp. 2d 250, 253 (S.D.N.Y. 2005) (Robinson, J.).

      The Court has reviewed Magistrate Judge Peck's carefully reasoned R&R, and finds no clear error. The R&R appropriately awarded Plaintiff the requested amount of statutory damages and also appropriately reduced the requested amount of attorney's fees.

      Accordingly, the January 18, 2013 Report and Recommendation is approved and adopted in its entirety. The Clerk of the Court is directed to enter judgment in favor of Plaintiff,

including an award of $30,000 in statutory damages and $7,640.80 in attorney's fees, for a total monetary award of $37,640.80

SO ORDERED.

Dated: New York, New York
March 25, 2013

/s/_____
Kimba M. Wood
United States District Judge